# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| West American Insurance Company, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:11-cv-00080-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Terra Designs, Inc., Mary Nixon Pittman, Administratrix of the Estate of Henry H. Pittman, Jr., and Argonaut Midwest Insurance Co., | ) ) ) ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 31, 2014 Memorandum and Order.

March 31, 2014

*[signature]*

Frank G. Johns, Clerk
United States District Court